UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
SYLVIA PEREZ,

               Plaintiff,          Case No.: 17-CV-431

    - against -             STIPULATION OF
                                               DISCONTINUANCE
HOMETOWN HEALTH CENTERS

               Defendant.
---------------------------------------------------------------- X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    Albany, New York
             July 17, 2018

MORGAN S. RUTHMAN, ESQ.
Attorney for Plaintiff Sylvia Perez

By: _____
    Morgan S. Ruthman, Esq.
1 Juniper Drive
Delmar, NY 12054
mruthman@thespinneygroup.com

GOLDBERG & SEGALLA
Attorneys for Defendant
Hometown Health Centers

By: _____
    Jonathan M. Bernstein, Esq.
8 Southwoods Boulevard, Suite 300
Albany, NY 12211-2364
jbernstein@goldbergsegalla.com

                IT IS SO ORDERED:

                _____
                Daniel J. Stewart
                U.S. Magistrate Judge

    Dated:  August 2, 2018
             Albany, NY